**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Fernando GONZALEZ-NOYOLA,
Defendant—Appellant.**

**No. 07–50250.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 24, 2008.

Michael J. Raphael, Esq., Office of the U.S. Attorney, Los Angeles, CA, Terri K. Flynn, Esq., Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Fernando Gonzalez–Noyola appeals from the 84–month sentence imposed upon resentencing following his jury-trial conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gonzalez–Noyola's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Gonzalez–Noyola has filed a pro se supplemental brief, and the Government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

